**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates To:

**NOTICE OF APPEAL**

David Dahl v. 3M Company and Arizant Healthcare, Inc.
(Case No. 25-cv-01902)

Plaintiff, David Dahl, hereby gives notice of his appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment (Rec. Doc. 26) entered September 14, 2026, and all opinions and orders that merge therein of the Honorable Joan N. Ericksen, District Judge for the District of Minnesota, dismissing Plaintiff's claims in their entirety.

This final judgment dismissed Plaintiff's claims in their entirety, pursuant to the Court's Order of September 11, 2026 (MDL 2666, Rec. Doc. 3695). This Order adopted the Magistrate Judge's Order & Report and Recommendation (MDL 2666, Rec. Doc. 3562) which overruled Plaintiff's objections, denied Plaintiff's motions for leave to amend, and granted Defendants' Motion for Judgment on the Pleadings (MDL 2666, Rec. Doc. 3268) dismissing this matter with prejudice.

The above-named Plaintiff also appeals from the following Orders [MDL Docket No. 2313], [MDL Docket No. 2304], [MDL Docket No. 2300] related to Plaintiffs' Motion to Disqualify [MDL Docket No. 2273]; and Motion to Reassign Motion to Disqualify [MDL Docket No. 2285].

Dated: October 14, 2026

Respectfully submitted,

*/s/ Clifford Walston*
Clifford Walston

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600

Attorney for Plaintiff-Appellant Dahl

**CERTIFICATE OF SERVICE**

I, Clifford Walston, hereby certify that on October 14, 2026, I have electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Clifford Walston*
Clifford Walston